UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>EDGAR RIOS SANTIAGO,<br><br>    Defendant. | Case No.: 2:13-CR-00240-KJD-PAL<br><br>**ORDER**<br><br>Motion to Modify Conditions |

This matter comes before the Court on Defendant's Motion to Modify Pretrial Services Conditions of Release, filed on March 13, 2014. Defendant seeks modification to permit him to travel to Clovis, California on March 14, 2014, and return to Las Vegas, Nevada, on March 17, 2014; and to travel to Clovis, California on March 21, 2014, and return to Las Vegas, Nevada on March 24, 2014. The Government and Pretrial Services do not oppose the motion.

**IT IS HEREBY ORDERD** that Defendant's Motion to Modify Pretrial Supervision Conditions of Release is **granted.**

**IT IS FUTHER ORDERED** that Defendant shall be permitted to travel to Clovis, California on March 14, 2014, and return to Las Vegas, Nevada, on March 17, 2014; and to travel to Clovis, California on March 21, 2014, and return to Las Vegas, Nevada on March 24, 2014.

DATED this  13th  day of March, 2014.

_____
United States District Court Judge